NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**RAFFEL SYSTEMS, LLC,**
*Plaintiff-Appellant*

**v.**

**BOB'S DISCOUNT FURNITURE LLC, MACY'S, INC., COSTCO WHOLESALE CORPORATION,**
*Defendants-Appellees*

———————————

2022-1703

———————————

Appeal from the United States District Court for the Eastern District of Wisconsin in No. 2:21-cv-01167-NJ, Magistrate Judge Nancy Joseph.

———————————

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b)(1),

IT IS ORDERED THAT:

(1) The appeal is dismissed.

2       RAFFEL SYSTEMS, LLC v. BOB'S DISCOUNT FURNITURE LLC

(2)  Each side shall bear its own costs.

FOR THE COURT



May 28, 2024                    Jarrett B. Perlow
    Date                         Clerk of Court

ISSUED AS A MANDATE:  May 28, 2024